USA vs. Tetzlaff

Case No. 21-CR-11

Sentencing Guidelines Analysis

I. Recommendation Per the Plea Agreement (3/19/2021)

| | Count 1<br>Transport of Minors<br>2423(a) | Count 3<br>Exploitation/Possession of<br>Child Pornography<br>2251(a) |
|---|---|---|
| | Level Adjustments | |
| Base Level | 28 | 32 |
| Minor Victim in Custody | +2 | +2 |
| Commission of Sex Act | +2 | - |
| Victim Under 12 | +8 | +4 |
| Pattern of Activity Against Minor | +5 | - |
| Subtotal | 45 | 38 |
| Less: | | |
| Acceptance of Responsibility | -2 | -2 |
| Timely Notice of Entry of Plea | -1 | -1 |
| Total | 42 | 35 |
| Sentencing Guidelines | 30 years to Life | 168-210 months (14-17 1/2 years) |
| Minimun Pentalty | 10 years | 15 years |
| Maximum Penalty | Life | 30 years |

Defense Free to Argue

## II. Recommendation Per Pre-Sentence Investigation

|  | Count 1<br>Transport of Minors | Count 3<br>Exploitation/Possession of Child Pornography |
|---|:---:|:---:|
|  | Level Adjustments | |
| Base Level | 28 | 32 |
| Minor Victim in Custody | +2 | +2 |
| Commission of Sex Act | +2 | +2 * |
| Victim Under 12 | +8 | +4 |
| Subtotal | 40 | 40 |
| Muliple Count Adjustments |  | +2 |
| Pattern of Activity Against Minor |  | +5 ** |
| Subtotal | 45 | 47 |
| Less: |  |  |
| Acceptance of Responsibility | -2 | -2 |
| Timely Notice of Entry of Plea | -1 | -1 |
| Total | 42 | 44 |
| Sentencing Guidelines | 30 years to Life | Life *** |
| Minimum Penalty | 10 years | 15 years |
| Maximum Penalty | Life | 30 years |

Defense Notes:

\* Defense objects because photographs did not depict sexual activities

\*\* Defense ojbects becasue PSI Added 5 level Increase to Count 3 rather than Count 1 as per Plea Agreement. Count 1 had the higher level total (40 vs 38). The PSI added the 5 level increase because the offense levels were equal, and that was only because the PSI added an additional 2 level increase for the Pornography being made during a sex act, which the Defense contends is wrong.

\*\*\* Count 3 Guidelines call for a Life Sentence per the PSI, but maximum penalty for Count 3 is 30 years imprisonment.

Therefore, defense believes the court should refer to the Guidelines under Section I: Recommendation Per Plea Agreement